## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **MICHAEL H. INGRAM,** | |
| **Petitioner,** | **Case No. 1:22-CV-589** |
| **v.** | **District Judge Douglas R. Cole**<br>**Magistrate Judge Chelsey M. Vascura** |
| **BUREAU OF PRISONS,**<br>**RRM CINCINNATI, RESIDENTIAL**<br>**REENTRY OFFICE,** | |
| **Respondent.** | |

### JOINT MOTION TO DISMISS

Because Petitioner Michael H. Ingram has been released from the custody of the Bureau of Prisons (BOP), the parties jointly move to dismiss the petition as moot.

On October 13, 2022, Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging the BOP's calculation of his earned-time credits under the 2018 First Step Act and seeking immediate release from custody. (ECF No. 1.) On October 26, Petitioner was released from BOP custody. *See* BOP Inmate Locator, bop.gov/inmateloc/ (searchable by Ingram's name or inmate number, 18253-032); *see also Demis v. Sniezek*, 558 F.3d 508, 513 & n.2 (6th Cir. 2009) (taking judicial notice of release based on BOP's Inmate Locator website).

Petitioner's release from BOP custody mooted his petition, and the petition should be dismissed. Petitioner's counsel has authorized the undersigned to represent that Petitioner joins this motion.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/David J. Twombly
DAVID J. TWOMBLY (0092558)
Assistant United States Attorneys
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
E-mail: david.twombly@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Joint Motion to Dismiss was served this 27th day of October, 2022, electronically upon counsel for Petitioner.

s/ David J. Twombly
 DAVID J. TWOMBLY (0092558)
Assistant United States Attorney